# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2891

_____

Anthony Nelson,                              *
                                             *
           Appellant,                   *
                                             *
   v.                                      *
                                             *  Appeal from the United States
Ricky McCarrell, Sgt., Varner Super          *  District Court for the Eastern
Max, ADC; T. Brown, Grievance                *  District of Arkansas.
Officer, Varner Super Max, ADC;              *
R. Toney, Warden, Varner Super Max,          *    [UNPUBLISHED]
ADC; Ray Hobbs, Chief Deputy                 *
Director, Varner Super Max, ADC,             *
                                             *
           Appellees.                   *

_____

Submitted:  October 31, 2001

Filed:  November 2, 2001
_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Anthony Nelson appeals the district court's* dismissal without prejudice of his 42 U.S.C. § 1983 complaint against four Arkansas Department of

_____

*The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

Corrections employees for failure to exhaust administrative remedies. Having carefully reviewed the record, we conclude the district court's dismissal was proper. Although Nelson's supporting documents show he had exhausted administrative remedies with defendant Ricky McCarrell at the time of the district court's ruling, Nelson fails to show he had exhausted them with the remaining defendants. See Graves v. Norris, 218 F.3d 884, 885 (8th Cir. 2000). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Nelson's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.